# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RONALD STOCKTON,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS;
MARIROSA LAMAS; B. THOMPSON; R.
MARSH; T. MILLER; L. EATTON; AND R.
VANCE,

        Respondents

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 712 MAL 2019

Petition for Allowance of Appeal
from the Order of the
Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.